IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: JARDON, DOYLE WANE
and JARDON, REBECCA CAROL          Case No. 12-40785-13
_____

MOTION TO SELL REAL PROPERTY
AND TO INCUR DEBT TO PURCHASE REAL PROPERTY

COME NOW the Debtors by and through their counsel, John R. Hooge, and moves the Court to allow the Debtors to sell the non-exempt real estate and to approve the Debtors' incurment of debt to purchase exempt real estate, all as stated in the following manner, to-wit:

1. The Debtors request the Court to allow them to sell the non-exempt real property located at 1137 High Street, Baldwin City, Kansas, including the five lots of land adjacent to such property, for a sale price of approximately $122,474.95. Such sale is to Edwin and Charity Wasson, who were purchasers on contract listed in the original chapter 13 Plan and Schedule G of Executory Contracts.

The Debtors request to be able to use such proceeds in the following manner:

    a. To pay the amount necessary to pay in full the mortgage loans owed to Green Tree Servicing in the approximate amount of $84,332.88 and Hilco Mortgage in the approximate amount of $20.819.89, which are secured by such real property;

    b. To pay the necessary, reasonable sale expenses; and,

    c. The balance of the sale proceeds in the approximate amount of $17,322.18 will be paid to the Trustee for distribution as mutually determined by the Trustee and the Debtors as required to satisfy the Best Interest of Creditors Test as stated in the Debtors' confirmed chapter 13 Plan.

2. As stated above, Debtors wish to purchase the real property at 1203 High Street, Baldwin City, Kansas, for the approximate amount of $80,000.00. Debtors are able to obtain financing from Mid America Bank in the amount of $83,000.00 (including closing costs) and will pay $494.90 cash at the time of closing.

3. Such loan from Mid America bank will be for 20 years, having a variable interest rate beginning at 5.00%. Such interest rate can change each year, beginning in August 2018 and can increase or decrease by 2.0% each year. The interest rate will not be lower than 4.50% or higher than 11.00%. Debtors' initial monthly payments, including escrow, will be $808.49 per month.

4. The Debtors will provide to the Trustee directly the HUD Statements related to each transaction for review.

5. Additional attorney fees and expenses may be requested at a later time once it has been determined that the initial fees charged have been fully depleted.


_____ s/ John R. Hooge _____
John R. Hooge #09798
2619 W. 6th, suite D
Lawrence, Kansas 66049
ph. (785) 842-1138
fax (785) 865-2966
Attorney for Debtors

sell-realty.incurdebt.mot