**SO ORDERED.**

**SIGNED this 9th day of October, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:  JARDON, DOYLE WANE
       and JARDON, REBECCA CAROL         Case No.  12-40785-13
_____

ORDER GRANTING DEBTORS' MOTION TO SELL REAL PROPERTY
AND TO INCUR DEBT TO PURCHASE REAL PROPERTY

NOW, comes before the Court, the Debtors' Motion to Sell Real Property and to Incur Debt to Purchase Real Property filed on September 4, 2015 (docket number 67).  The Debtors appear by counsel, John R. Hooge, having approved this Order.  The Trustee, Jan Hamilton, also appears by the approval of this Order.  There are no other appearances.

WHEREFORE, after having examined the Court file, the Court finds that shortened Notice of said Motion has been provided to all interested parties of the Debtor. There having no objections filed to such motion, the Court finds that said Motion should be, and hereby is, sustained.

FURTHER, the Court finds that the Debtors will sell the non-exempt real property located at 1137 High Street, Baldwin City, Kansas, including the five lots of land adjacent to such property, for a sale price of approximately $122,474.95.  Such sale is to Edwin and Charity

UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
IN RE: JARDON, DOYLE WANE
and JARDON, REBECCA CAROL                    Case No. 12-40785-13
_____

ORDER GRANTING MOTION TO SELL REAL
PROPERTY AND TO INCUR DEBT TO
PURCHASE REAL PROPERTY
Page 2
_____

Wasson, who were purchasers on contract listed in the original chapter 13 Plan.

FURTHER, the Court finds that the Debtors may use the sale proceeds in the following manner:

a. to pay the amount necessary to pay in full the mortgage loans owed to Green Tree Servicing in the approximate amount of $84,332.88, and Hilco Mortgage in the approximate amount of $20,819.89, which are secured by such real property;

b. to pay the necessary, reasonable sale expenses; and,

c. the balance of the sale proceeds in the approximate amount of $17,322.18 will be paid to the Trustee for distribution as mutually determined by the Trustee and the Debtors as required to satisfy the Best Interest of Creditors Test as stated in the Debtors' confirmed chapter 13 plan.

FURTHER, the Court finds that the Debtors will obtain financing from Mid America Bank for the purchase of the real property located at 1203 High Street, Baldwin City, Kansas. The amount to be financed will be approximately $83,000.00 (including closing costs), and the Debtors will pay $494.90 cash at the time of closing. Such loan will be a 20-year mortgage loan, having a variable interest rate beginning at 5.00%. Such interest rate can change each year, beginning in August 2018 and can increase or decrease by 2.0% each year. The interest rate will not be lower than 4.50% or higher than 11.00%. Debtors' initial payments, including escrow, will be $808.49 per month.

UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
IN RE:   JARDON, DOYLE WANE
         and JARDON, REBECCA CAROL                        Case No. 12-40785-13
_____

ORDER GRANTING MOTION TO SELL REAL
PROPERTY AND TO INCUR DEBT TO
PURCHASE REAL PROPERTY
Page 3
_____

FURTHER, the Court finds that additional attorney fees and expenses may be requested at a later time.

###

APPROVED BY:


  s/ John R. Hooge                              s/ Jan Hamilton
John R. Hooge #09798                         Jan Hamilton #08163
2619 W. 6th St., Suite D                     PO Box 3527
Lawrence, KS 66049                           Topeka, KS 66601-3527
Ph: (785) 842-1138                           Ph: (785) 234-1551
Fax: (785) 865-2966                          Trustee
Attorney for Debtor

sell-realty.incurdebt.ord